# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE: **TERRY H. & LAURIE A. BURKE**

                                      Case Number:   15-44946 MBM
                                      Chapter 13

Debtor.                                    Judge MCIVOR

_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Rd.
Warren, MI 48093
(248) 443-7033
_____/

## Debtor's Chapter 13 Confirmation Hearing Certificate

At the next confirmation hearing in this case, the debtor intends to: (check ONE of the following)

1.    __X__ Request an adjournment of the confirmation hearing to October 8, 2015 due to the following good cause: an adjournment is necessary to allow a contested adversary proceeding to proceed to a conclusion as the outcome affects confirmation of the Plan.

                                               /s/ Christopher W. Jones
                                               Christopher Jones P67955
                                               Acclaim Legal Services, P.L.L.C.
                                               8900 East Thirteen Mile Road
                                               Warren, MI  48093
                                               248-443-7033
                                               filing@acclaimlegalservices.com